UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HAROLD JOSEPH AUGUSTIN**                                **CIVIL ACTION**

**VERSUS**                                                **NO. 06-7193**

**MALISE PRIETO, ET AL.**                                 **SECTION: "C"(3)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter over the plaintiff's objections. Therefore,

**IT IS ORDERED** that plaintiff's claims for monetary damages are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** to their being asserted in his pending *habeas corpus* proceeding civil action number 06-6757.

**IT IS FURTHER ORDERED** that plaintiff's motion for a temporary restraining order and preliminary injunction, Rec. Doc. 5, is **DENIED**.

New Orleans, Louisiana, this 3rd day of January, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE